THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Melvin Jerome Nelson, Jr., Appellant.
 
 
 

Appeal From York County
 Marc H. Westbrook, Circuit Court Judge
Edward W. Miller, Circuit Court Judge
Unpublished Opinion No. 2008-UP-699
Submitted December 1, 2008  Filed
 December 15, 2008   
AFFIRMED

 
 
 
 Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Julie M. Thames, all of Columbia; and Solicitor Kevin
 S. Brackett, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Melvin
 Jerome Nelson, Jr. appeals his conviction for possession with the intent to
 distribute crack cocaine arguing the trial judge erred in admitting the opinion
 of a lay witness inferring he was a crack cocaine dealer.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Pye v. Estate of Fox, 369 S.C. 555, 564, 633 S.E.2d 505, 510 (2006) (finding an issue
 cannot be raised for the first time on appeal, but must have been raised to and
 ruled upon by the trial court to be preserved); State v. McCray, 332
 S.C. 536, 542, 506 S.E.2d 301, 303 (1998) (finding where an appellate
 argument differs from the argument made at trial, the argument is unpreserved
 for appeal); Hunt v. S.C. Forestry Commn, 358 S.C. 564, 573, 595 S.E.2d
 846, 851 (Ct. App. 2004) (finding [i]ssues raised in a brief but not supported
 by authority are deemed abandoned and will not be considered on appeal).
AFFIRMED.
HEARN, C.J., SHORT and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.